# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 18-02680-jw |
| Daytona Spring Dawson | Chapter 13 |
| | **ORDER GRANTING RELIEF FROM STAY BASED UPON FAILURE TO COMPLY WITH SETTLEMENT ORDER** |
| Debtor(s). | |

This matter comes before the Court upon the Affidavit of Default filed by U.S. Bank Trust National Association as Trustee of Chalet Series III Trust ("Movant"), which indicates that Debtor(s) have failed to comply with the terms of the Settlement Order entered on November 27, 2018, by failing to make the payment(s) due on February 1, 2019 in accordance with the Settlement Order. Therefore, it is

ORDERED that relief from the automatic stay is granted as to the property described as 803 Pine Bluff Dr. Summerville, SC 29483, and that Movant may proceed with its state court remedies against the property, including sending any required notice to Debtor(s). The Movant has agreed to waive any claim arising under 11 U.S.C. § 503(b) or § 507(b) as a result of this Order, and has further agreed that any funds realized in excess of all liens, costs, and expenses will be paid to the Trustee.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**11/14/2019**



Entered: 11/14/2019

*/s/ John E. Waites*
US Bankruptcy Judge
District of South Carolina